## Lesko Unemployment Compensation Case.

Argued December 15, 1964. *Elmer E. Harter,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Samuels Unemployment Compensation Case.

Argued December 17, 1964. *Sol J. Samuels,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Strumwasser Unemployment Compensation Case.

Argued December 17, 1964. *Malcolm H. Waldron, Jr.,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.